BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:11-cr-00014-CMK |
| Plaintiff, | ) ORDER TO DISMISS |
| | ) COMPLAINT AS TO DEFENDANT |
| v. | ) KRYSTAL R. HALL |
| DUANE E. POOLE | ) |
| MASON L. HALPENNY, | ) |
| NATHAN W. BIRD, and | ) |
| KRYSTAL R. HALL, | ) |
| Defendant. | ) |

Upon motion by the United States, it is hereby ordered that the Complaint in this case (Docket #1) be dismissed as to defendant Krystal R. Hall.

IT IS SO ORDERED.

Dated: April 12, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE